24372. KOHL et al. v. MANNING et al.

DUCKWORTH, Chief Justice. This case is controlled by the ruling of this court in *Kohl v. Manning*, 223 Ga. 755, and, accordingly, it is likewise

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED NOVEMBER 15, 1967—DECIDED NOVEMBER 22, 1967.

808

Roy J. Leite, Jr., for appellant.

Robert H. Stringer, George P. Dillard, Herbert O. Edwards, for appellees.